

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00213-CV

| | | |
|---|---|---|
| STATE FARM LLOYDS, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-324346-21) |
| V. | § | February 6, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| ALICE LADKIN, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's award of appellate attorney's fees and remand this case to the trial court for a new trial on that narrow issue. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellant State Farm Lloyds shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell